# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-380-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2 & 6) |

Plaintiff Tony Blackman, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2010,[1] the Magistrate Judge filed a Findings and Recommendation herein which was served on Plaintiff and contained notice to Plaintiff that any objection to the Findings and Recommendation was to be filed within thirty days. More than thirty days have passed and Plaintiff has not filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] The Court notes that the same Findings and Recommendation was filed on May 6, 2010. To give the Plaintiff the benefit of a longer time to respond, the Court will proceed on the Findings and Recommendation filed on May 12, 2010.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed May 12, 2010, is adopted in full;
2. Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 2) is DENIED;
3. Plaintiff is DIRECTED to pay the $350 filing fee not later than August 18, 2010. The Plaintiff is hereby on notice that failure to comply with this order may result in dismissal of his case for failure to prosecute.

IT IS SO ORDERED.

Dated:   July 21, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE