IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>KELLY HARRINGTON, et al.<br><br>             Defendants. | CASE NO. 1:10-cv-380-AWI-MJS (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>[ECF No. 7] |

   Plaintiff Tony Blackman ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 22, 2010, pursuant to 28 U.S.C. § 1915(g), the court denied Plaintiff's request for leave to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full by August 18, 2010.  (ECF No. 7.)  Plaintiff was warned that the failure to obey the Court's order would result in dismissal of this action, without prejudice.  To date, the Court has yet to receive any payment towards Plaintiff's filing fee.

   Accordingly, this is action is hereby dismissed without prejudice based on Plaintiff's failure to obey the Court's order to pay the $350.00 filing fee.  The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:    August 31, 2010                                                             _____
                                                                                                          CHIEF UNITED STATES DISTRICT JUDGE